FILED
CLERK, U.S. DISTRICT COURT

Dec 18, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AGNES ALGER LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-06146-SVW-PLA<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 18, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE